**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
G. Craig Smith (State Bar No. 265676)
  gcs@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE CARLSON; JEANNE ZIMMER; and JEFFREY CARLSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDONDO BEACH; RYAN CRESPIN; PATRICK KNOX; MARK VALDIVIA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00259-ODW (AFM)<br><br>[*Honorable Otis D. Wright II*]<br><br>Mag. Judge Alexander F. MacKinnon<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>**Trial**: June 13, 2023 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action, Plaintiffs LUKE CARLSON, JEANNE ZIMMER and JEFFREY CARLSON ("Plaintiffs") and Defendants CITY OF REDONDO BEACH, RYAN CRESPIN, PATRICK KNOX and MARK VALDIVIA ("Defendants") (together called "the parties"), hereby present this Joint Notice of Conditional Settlement and Stipulation to Vacate all Dates and Deadlines based on the following good cause:

The parties have reached a settlement subject to approval from the City of Redondo Beach's City Council. Defense counsel is informed and believes that the settlement will be presented and recommended to City Council on June 13, 2023 and projects that settlement will be fully consummated by the end of July 2023. The parties will file the appropriate dismissal no later than seven (7) days after Plaintiffs' receipt of the subject settlement check. Given that trial is set to proceed on June 13, 2023, the parties request the Court vacate all dates and deadlines, including trial, and retain jurisdiction over this matter for sixty (60) days to fully consummate the settlement and agreement of the parties.

Further, the parties hereby stipulate to and request that the Court remove Docket No.'s 119-5 and 128-6 as these records are confidential and subject to Plaintiffs' Motion in Limine No. 3 (Doc. 110), which was granted by the Court, except as to damages (Doc. 138).

No later than August 1, 2023, the parties will either submit (1) a dismissal of the entire action, or (2) a Joint Status Report re. Settlement.

Respectfully Submitted,

DATED: June 8, 2023        **LAW OFFICES OF DALE K. GALIPO**

By: /s/  Marcel F. Sincich
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED:  June 8, 2023 | **MANNING & KASS** |
| 2 | | **ELLROD, RAMIREZ, TRESTER LLP** |
| 3 | | |
| 4 | | By: _/s/     G. Craig Smith_ |
| 5 | | Mildred K. O'Linn |
| | | G. Craig Smith |
| 6 | | Attorneys for Defendants, CITY OF REDONDO BEACH, RYAN CRESPIN, PATRICK KNOX, MARK VALDIVIA |