UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-00259-ODW (AFMx) | Date | August 2, 2023 |
|---|---|---|---|
| Title | *Luke Carlson et al. v. City of Redondo Beach et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On June 8, 2023, the parties filed a Joint Notice of Conditional Settlement, indicating that the case settled in its entirety, subject to approval from the City of Redondo Beach's City Council. (ECF No. 139.) Accordingly, the Court ordered the parties to file either a dismissal of the entire action or a joint status report regarding settlement by no later than August 1, 2023. (ECF No. 140.) To date, the parties have not filed a dismissal or status report.

Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, why the Court should not dismiss this case. No hearing will be held. The parties shall respond to this order **within seven (7) days** with either (1) a dismissal of the entire action, or (2) a joint status report regarding settlement. Failure to timely and adequately comply with this order may result in dismissal of this action without further notice.

**IT IS SO ORDERED.**

|  |  | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | SE | |