JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LUKE CARLSON et al., | Case № 2:20-cv-00259-ODW (AFMx) |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CITY OF REDONDO BEACH et al., | |
| Defendants. | |

The Court, having considered the parties' Joint Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 30, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2